IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GOMEZ,<br><br>                            Plaintiff,<br><br>        v.<br><br>MIKE McDONALD, et al.,<br><br>                            Defendants. | Case No. 2:11-CV-00649 LKK DAD (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE** |

     Defendants have requested that the court issue an order allowing defense counsel to take plaintiff's deposition via videoconference. Pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure, the court will grant defendants' request. Nothing in this order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

     IT IS SO ORDERED.

Dated: November 15, 2013

/gome0649.viddep

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1