IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFREDO GOMEZ,** | Case No. 2:11-CV-0649 LKK DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE DEFENDANTS' EXHIBITS A AND B UNDER SEAL** |
| v. | |
| **MIKE McDONALD, et al.,** | |
| Defendants. | |

On March 21, 2014, defendants filed a motion for summary judgment, together with a request to file defendants' Exhibits A and B under seal. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to file their Exhibits A and B under seal (Doc. No. 54) is granted; and

2. The Clerk of the Court is directed to file under seal defendants' Exhibits A and B in support of their motion for summary judgment, until further ordered by the court.

Dated: March 25, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gome0649.seal